UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELENA SULLIVAN, Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| PRE HOLDINGS, LLC, CHRISTOPHER ) | |
| PREFONTAINE, and KIMBERLY ) | |
| PREFONTAINE, Defendants ) | |

NOTICE OF REMOVAL

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Defendants, PRE HOLDINGS, LLC, a Rhode Island registered LLC, CHRISTOPHER PREFONTAINE, and KIMBERLY PREFONTAINE, natural persons residing in Rhode Island, hereby file this Notice of Removal of the captioned action from the Worcester County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1441 and 1446.

In support of its Notice of Removal, PRE HOLDINGS, LLC, a Rhode Island registered Limited Liability Company, CHRISTOPHER PREFONTAINE, and KIMBERLY PREFONTAINE, state:

1. Upon information and belief, on or about March 11, 2021, the Plaintiff, Angelena Sullivan, filed a Complaint in the Worcester County Superior Court in the Commonwealth of Massachusetts. See Exhibit A, Complaint.

2. A copy of the Summons, Complaint and Civil Action Cover Sheet were served upon the Defendants by certified mail in Rhode Island on July 19, 2021. A true

copy of the United States Postal Service Tracking printout is attached hereto under Exhibit B.

3. This case is styled as a premises liability claim against the Defendants as owners and property manager of premises where the Plaintiff as allegedly a tenant, stating the Plaintiff fell on defective wooden stairs on April 3, 2018, and the Defendants were negligent, and the Defendants breached an express or implied covenant of quiet enjoyment. See Exhibit A, supra.

4. According to the Civil Cover Sheet, the Plaintiff is alleging medical expenses of $55,739.63, plus lost wages to be determined. Her injury consisted of "Fractures of the distal radius, distal ulnar styloid and scaphoid with initial closed reduction. Mal-alignment of distal radius fracture required open reduction, internal fixation of the distal radius and scaphoid." Id. According to the Complaint, the Plaintiff was "severely and grievously injured" and had "and continues to experience severe pain and suffering" along with past and on-going medical expenses for medical care and treatment, and suffered a loss of earning capacity. Complaint, ¶ 17. Accordingly, the amount in controversy exceeds $75,000.00.

5. The Plaintiff, Angelena Sullivan, as alleged in her Complaint, is a resident of Auburn, Worcester County, Massachusetts. Exhibit A, Complaint, ¶ 1.

6. The Defendant, Pre Holdings, LLC, is a Rhode Island Limited Liability Company with its principal place of business in Middletown, Rhode Island; and the Defendants Christopher Prefontaine and Kimberly Prefontaine are residents of Newport, Rhode Island.

7. Federal jurisdiction exists pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. The action is removable pursuant to 28 U.S.C. §1441(b) because the Defendants are not a citizens of Massachusetts.

8. This Notice of Removal has been filed less than thirty (30) days after receipt by the Defendants, through service or otherwise of the Summons and Complaint.

9. A stamped copy of this Notice of Removal will be promptly filed with the Clerk of the Worcester County Superior Court in the Commonwealth of Massachusetts, and served on counsel of record for the Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, PRE HOLDINGS, LLC, CHRISTOPHER PREFONTAINE, and KIMBERLY PREFONTAINE, seeks that this action be removed from the Worcester County Superior Court in the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

> PRE HOLDINGS, LLC, CHRISTOPHER PREFONTAINE, and KIMBERLY PREFONTAINE, Defendants
>
> By */s/ John B. Stewart*
> JOHN B. STEWART (BBO #551180)
> MURPHY & MANITSAS, LLP
> 20 Maple Street, Suite 301
> Springfield, MA 01103
> Ph. (413) 206-9134
> E-mail: TheTrialer@aim.com

CERTIFICATE OF SERVICE

    I certify a true copy of the within Notice of Removal was served upon to each other party or counsel of record by mail on July 26, 2021.

*/s/ John B. Stewart*
JOHN B. STEWART
