# EXHIBIT  A

| Summons | CIVIL DOCKET NO.<br><br>2185CU282 D | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| **CASE NAME:**<br><br>ANGELINA SULLIVAN<br><br>                  Plaintiff(s)<br><br>PRE HOLDINGS, LLC.,   vs.<br>CHRISTOPHER PREFONTAINE, AND<br>KIMBERLY PREFONTAINE.<br><br>                  Defendant(s) | | Middlesex        Clerk of Courts<br>                    County<br><br>**COURT NAME & ADDRESS:**<br>Middlesex Superior Court<br>200 Tradecenter Drive<br>Woburn, MA 01801 |

THIS SUMMONS IS DIRECTED TO     CHRISTOPHER PREFONTAINE     (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the     Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

**2. How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Middlesex Superior     Court 200 Tradecenter Drive, Woburn, MA 01801     (address), by mail or in person **AND**

    b) Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address:

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "**Motion to Dismiss**," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. [Judith Fabricant] Chief Justice on _____March 11_____ , 20 _21_ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                      SUPERIOR COURT
                                                   CIVIL ACTION NO.:

ANGELENA SULLIVAN,                          )
    Plaintiff                               )
                                            )
                                            )
                                            )
v.                                          )
                                            )          COMPLAINT
                                            )
PRE HOLDINGS, LLC, CHRISTOPHER              )
PREFONTAINE, and KIMBERLY                   )
PREFONTAINE                                 )
    Defendants                              )

## Parties

1.    The plaintiff, Angelena Sullivan, is an individual residing at 42 Pakachoag St.,

Auburn, Worcester County, Massachusetts.

2.    The defendant, Pre Holdings, LLC, is the owner of the property located at 42

Pakachoag Street, Auburn, Worcester County, Massachusetts (the "Property") and maintained its

ownership at all times material hereto.  Pre Holdings is a business that at all times material hereto

had its principal place of business at 190 E. Main Rd, Middletown, Newport County, Rhode

Island.

3.    The Defendants Christopher Prefontaine and Kimberly Prefontaine are the co-

managers of Pre Holdings, LLC and all times material hereto the owner and landlord of the

Property.  Mr. Prefontaine and Ms. Prefontaine are the resident agents of Pre Holdings, LLC and

resided at all times material hereto, at 580 Thames Street, 2nd Floor, Newport, Newport County,

Rhode Island.

## Facts

4.    The Defendant, Pre Holdings, LLC is the owner of real estate located at 42

Pakachoag St, Auburn, Massachusetts.

5.    The Defendants, Christopher Prefontaine and Kimberly Prefontaine, in their individual capacity did act as property manager of the premises located at 42 Pakachoag St, Auburn, Worcester County, Massachusetts.

6.    The Plaintiff, at all times material hereto, was a tenant of the Defendants at 42 Pakachoag St., Auburn, Massachusetts. The Plaintiff, along with four other family members, signed a lease/purchase agreement that allowed the tenants to rent with an option to purchase the property (the "Agreement").

7.    The Agreement terminated in or about January 2016, which converted the arrangement between the parties to a month-to-month tenancy.

8.    The Defendants owed to the Plaintiff a duty of reasonable care.

9.    Plaintiff gave Defendant Christopher Prefontaine repeated notice of the defective wooden stairs.

10.    The Defendants failed and neglected to repair the wooden stairs despite repeated notifications that they were in a dangerous condition.

11.    On or about April 3, 2018 Angelena Sullivan did fall upon the wooden stairs leading to her home and did suffer grievous and serious injury.

## Count I – Negligence

12.    The Plaintiff restates the averments of paragraphs 1-11 and further states as follows:

13.    As a result of the Defendants' negligence the Plaintiff suffered serious and grievous injuries, was hospitalized and did undergo multiple surgeries, incurred in excess of

$55,700.00 in reasonable and necessary medical expense, endured pain and suffering and did lose wages and earning capacity.

Count II – Breach of Covenant of Quiet Enjoyment

14.    Plaintiff restates and incorporates herein by reference the averments set forth in paragraphs 1 through 13 above and further state as follows:

15.    Defendants did impliedly or explicitly warrant that the Plaintiff was entitled to the quiet enjoyment of the premises when leasing said premises to the Plaintiff.

16.    The Defendants did breach the covenant of quiet enjoyment.

17.    As a result of said breach the Plaintiff was severely and grievously injured, did and continues to experience severe pain and suffering, did and continues to incur expenses for medical care and treatment and did suffer a loss of earning capacity

WHEREFORE, the plaintiff, Ms. Angelena Sullivan, demands judgment against the Defendants, Christopher Prefontaine and , both individually and as owner of Defendant Pre Holdings. LLC for damages as determined by the Court, together with interest and costs.

By Plaintiff's Attorney,

Elliot Beresen, BBO #038440
Manelis & Beresen
929 Worcester Road
Framingham, MA  01701
(508) 875-3833
eberesen@gmail.com

Dated:  March 10, 2021

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| | | COUNTY |
|---|---|---|
| PLAINTIFF(S): | Angelena Sullivan | Worcester |
| ADDRESS: | 42 Pakachoag Street, Auburn, MA 01501 | |
| | | DEFENDANT(S): PRE Holdings, LLC |
| | | Christopher Prefontaine |
| ATTORNEY: | Elliot Beresen | Kimberly Prefontaine |
| ADDRESS: | 929 Worcester Road, Framingham, MA 01720 | ADDRESS: 190 E. Main Rd., Middletown, RI 02842 |
| Tel: (508) 875-3833, Email: eberesen@gmail.com | | 560 Thames St., 2nd Floor, Newport, RI 02840 |
| | | 560 Thames St., 2nd Floor, Newport, RI 02840 |
| BBO: | 038440 | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | Personal Injury - Slip & Fall | F | ☐ YES   ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?         Is this a class action under Mass. R. Civ. P. 23?
☐ YES   ☒ NO                                      ☐ YES   ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

| | |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses | $41,899.63 |
| 2. Total doctor expenses | $13,840.00 |
| 3. Total chiropractic expenses | $ |
| 4. Total physical therapy expenses | $ |
| 5. Total other expenses (describe below) | $ |
| Subtotal (A): | $55,739.63 |
| B. Documented lost wages and compensation to date | $ TBD |
| C. Documented property damages to date | $ 0.00 |
| D. Reasonably anticipated future medical and hospital expenses | $ |
| E. Reasonably anticipated lost wages | $ TBD |
| F. Other documented items of damages (describe below) | $ |

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Fractures of distal radius, distal ulnar styloid and scaphoid with initial closed reduction. Mal-alignment of distal radius fracture required an open reduction, internal fixation of the distal radius and scaphoid.

TOTAL (A-F):$ _____

#### CONTRACT CLAIMS
(attach additional sheets as necessary)
☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $ _____

Signature of Attorney/ Unrepresented Plaintiff: X   *Elliot Beresen*         Date: 03/11/2021

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X   *Elliot Beresen*         Date: 03/11/2021

# MANELIS & BERESEN
### ATTORNEYS AT LAW
### 929 WORCESTER ROAD
### FRAMINGHAM, MA 01701

TEL.: (508) 875-3833                                              FAX: (508) 820-0371

July 15, 2021

**Via Certified Mail, Return Receipt Requested**

Christopher Prefontaine
190 East Main Street
Middletown, RI 02842

RE:     Angelena Sullivan vs. Pre Holdings, LLC et al
        Worcester Superior Court Docket No.: 2185CV00282

Dear Mr. Prefontaine:

Enclosed herewith please find a true copy of the Summons, Complaint, and Civil Action Cover Sheet, in connection with the above-captioned matter.

The enclosed documents are forwarded to you in accordance with Chapter 223A, as amended, of the General Laws of the Commonwealth of Massachusetts, and the applicable provisions of the Massachusetts Rules of Civil Procedure.

We suggest that you refer this communication to your insurer and/or attorney for immediate attention.

Very truly yours,

Elliot Beresen

Elliot Beresen

EB/cp
Enclosures

Certified Mail No. 7019 2970 0001 0145 2167, R/R/R